AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION _____

UNITED STATES OF AMERICA

v. **WAIVER OF INDICTMENT**

OLIVER HAN **CASE NUMBER:** 19 CR 865

I, __Oliver Han__, the above named defendant, who is accused of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __December 5, 2019__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*